UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Rex Fornaro

          v.                        Case No. 06-cv-468-PB

Daniel P. Neelon, et al.

## O R D E R

By order dated December 14, 2006, Attorney Thomas L. Ferro was informed that a motion pro hac vice must be filed on his behalf within thirty (30) days or the matter may be referred to a judicial office for further action.  On that same date, a notice was forwarded to Attorney Ferro informing him that he must register for ECF within 30 days.  On January 19, 2007, and again on January 23, 2007, the clerk's office made courtesy telephone calls to Attorney Ferro's office to inform him that a pro hac vice motion and his ECF registration were past due and to request he immediately file the required documents.  As of this date, no pro hac vice motion has been filed nor has Attorney Ferro registered for ECF.

Attorney Ferro shall register for ECF, and a pro hac vice motion shall be filed on his behalf, on or before February 8, 2007.  If Attorney Ferro fails to take this action within this time frame, the court will immediately remove him as counsel of record in the case without further order of the court.

SO ORDERED.

Date: February 1, 2007                                     /s/ Paul Barbadoro
                                                                     Paul J. Barbadoro
                                                                     District Judge

cc: Counsel of Record