UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Rex Fornaro</u>

        v.                        Case No. 06-cv-468-PB

<u>Daniel P. Neelon, et al.</u>

<u>O R D E R</u>

By order dated February 1, 2007, Attorney Ferro was instructed to register for ECF and to have a pro hac vice motion filed on his behalf on or before February 8, 2007, the failure of which would result in him being removed as counsel for the plaintiff in this case. Attorney Ferro has failed to comply with this order. As a result, Attorney Ferro is removed as counsel for the plaintiff and will not be permitted to represent the plaintiff in this case.

Pursuant to LR 83.6(d), the plaintiff shall, on or before March 1, 2007, advise this court of the name of a new attorney or, in the alternative, of a decision to appear pro se (without counsel). *See* LR 83.6(b) and (d). The court instructs the plaintiff that he is under no obligation to retain counsel and he may prosecute this case himself.

If no new appearance or other response is received from the plaintiff on or before March 1, 2007, the file will be referred to the undersigned judicial officer for further action, which may include a dismissal of the case. *See* LR 83.6(d).

SO ORDERED.


Date: February 10, 2007                    /s/ Paul Barbadoro
                                                    Paul J. Barbadoro
                                                    District Judge


cc: Counsel of Record
    Rex Fornaro