UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Rex Fornaro</u>

            v.                  Civil No. 06-cv-468-JL

<u>Daniel Neelon, et al.</u>


O R D E R

On January 17, 2008, an order was issued granting Plaintiff's Motion for Reconsideration re Order on Motion to Extend Time. The order stated in part: *Plaintiff's expert disclosures will be due in sixty (60) days, all other dates will be rescheduled upon filing a new plan.* In order to keep this case moving, as no further discovery plan has been filed, counsel are ordered to file a new Discovery Plan on or before Tuesday, February 19, 2008.

     SO ORDERED.


February 7, 2008                     <u>/s/ James R. Muirhead</u>
                                          James R. Muirhead
                                          United States Magistrate Judge


cc:    Gordon Blakeney, Jr., Esq.
        Thomas Ferro, Esq.
        Ralph Suozzo, Esq.
        Robert Consavage, Esq.
        Christopher Flanagan, Esq.
        Michele Carlucci, Esq.
        William Bogaert, Esq.