UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Rex Fornaro</u>

    v.                       Civil No. 06-cv-468-JL

<u>Daniel P. Neelon, et al.</u>

**O R D E R**

I hereby recuse myself from presiding over this case. The Clerk is directed to add Attorney Gordon R. Blakeney, Jr. to my recusal list.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: July 21, 2008

cc: Gordon R. Blakeney, Jr., Esq.
    Robert J. Consavage, Esq.
    Ralph Suozzo, Esq.
    William T. Bogaert, Esq.
    Michele Carlucci, Esq.
    Christopher P. Flanagan, Esq.