UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**Rex Fornaro**

    **v.**                       Case No. 06-cv-468-PB

**Daniel Neelon, et al.**


**O R D E R**

Re: Document No. 113, Objection to Neelon Defendants' Motion for Dismissal, Default and Other Sanctions

**Ruling**: Plaintiff's objection fails to respond to the charges made in the motion. Within 10 days, the plaintiff shall file a memorandum specifically responding to the arguments on which defendants' motion is based. The memorandum shall incorporate any other document by reference. A failure to comply with this Order shall result in the motion being granted.

                                                 /s/ Paul Barbadoro
                                                 Paul Barbadoro
                                                 District Judge

Date: July 23, 2008

cc: Gordon Blakeney, Jr., Esq.
     William Bogaert, Esq.
     Michele Carlucci, Esq.
     Robert Consavage, Esq.
     Christopher Flanagan, Esq.
     Ralph Suozzo, Esq.