UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Rex Fornaro</u>

    **v.**                                Case No. 06-cv-468-PB

<u>Daniel Neelon, et al.</u>

**O R D E R**

The clerk shall set a hearing on document no. 103. Three days prior to the hearing, the defendant shall file as a chart identifying each document request or interrogatory at issue, the order or orders directing the plaintiff to respond, and a summary of the plaintiff's response. The chart shall be supported by excerpted copies of requests, orders, and responses that are indexed to the chart.

    SO ORDERED.

                                              /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

August 12, 2008

cc:   Gordon R. Blakeney, Jr., Esq.
      Ralph Suozzo, Esq.
      Robert J. Consavich, Esq.
      Christopher P. Flanagan, Esq.
      Michele Carlucci, Esq.
      William T. Bogaert, Esq.